## **VERIFICATION**

I, Nicholas Armstrong, Director of Human Resources, verify that I have read the allegations contained in this Verified Complaint; that those allegations are true and correct based on my knowledge and belief which, in some instances, is based on information that was provided to me from Capital One's personnel and from Capital One records. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Richmond, Virginia on this 10th day of October, 2024.

*[signature]*
Nicholas Armstrong